UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

v.

CALEB HUNTER FREESTONE, and
AMBER MARIE SMITH-STEWART,

    *Defendants*.

---

# DISCLOSURE STATEMENT

Pursuant to United States Middle District of Florida Local Rule 3.03, Plaintiff submits this Disclosure Statement. Plaintiff states, to the best of her knowledge, that the following individuals and entities have an interest in the disposition of this case:

(1) Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

a. Ashley Moody, Attorney General of the State of Florida

b. State of Florida

c. Office of the Attorney General of the State of Florida

d. Joseph E. Hart, Counsel for State of Florida

e. James H. Percival, Counsel for State of Florida

f. John Guard, Counsel for State of Florida

g. Henry Whitaker, Counsel for State of Florida

h. Michael P. Maddux, Counsel for Defendant Freestone in criminal action number 8:23-cr-00025-VMC-AEP

i. Lauren C. Regan, Counsel for Defendant Smith-Steward in criminal action number 8:23-cr-00025-VMC-AEP

j. Sarah Ann Alvarez, Counsel for Defendant Smith-Steward in criminal action number 8:23-cr-00025-VMC-AEP

k. Shiobhan Olivero, Counsel for Annarella Rivera in criminal action number 8:23-cr-00025-VMC-AEP

l. Matthew P. Farmer, Counsel for Gabriella Victoria Oropesa in criminal action number 8:23-cr-00025-VMC-AEP

m. Caleb Hunter Freestone

n. Amber Marie Smith-Stewart

o. Gabriella Oropesa

p. Annarella Rivera

    q. South Broward Pregnancy Help Center

    r. LifeChoice Crisis Pregnancy Center, Inc.

    s. Heartbeat of Miami, Inc.

(2) Each entity with publicly traded shares or debt potentially affected by the outcome;

None known.

(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee;

    a. Gabriella Oropesa

    b. Annarella Rivera

(4) Each person arguably eligible for restitution.

None known.

## DISCLOSURE CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: April 5, 2023

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Joseph E. Hart*
Joseph E. Hart* (FBN 0124720)
COUNSELOR TO THE ATTORNEY GENERAL
*Lead Counsel

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.hart@myfloridalegal.com

*Counsel for the State of Florida*

# CERTIFICATE OF SERVICE

I CERTIFY that on this 5th day of April 2023, I served the foregoing on Defendants via email as consented to by Defendants in writing in accordance with Rule 5(b)(2)(F).

/s/ *Joseph E. Hart*
Joseph E. Hart
