UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Case No. 8:23-cv-701**

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE, and
AMBER MARIE SMITH-STEWART,

    *Defendants*.

---

**NOTICE OF PROOF OF SERVICE**

In accordance with L.R. 1.10, Plaintiff files proof of service in the form of the attached affidavit.

Dated: April 7, 2023

                Respectfully submitted,

                Ashley Moody
                ATTORNEY GENERAL

                John Guard (FBN 374600)
                CHIEF DEPUTY ATTORNEY GENERAL

                James H. Percival (FBN 1016188)
                CHIEF OF STAFF

                Henry Whitaker (FBN 1031175)
                SOLICITOR GENERAL

                */s/ Joseph Hart*
                Joseph Hart* (FBN 0124720)
                COUNSELOR TO THE ATTORNEY GENERAL
                *Lead Counsel

                Office of the Attorney General
                The Capitol, Pl-01
                Tallahassee, Florida 32399-1050
                (850) 414-3300
                (850) 410-2672 (fax)
                Joseph.hart@myfloridalegal.com

                *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 7th day of April 2023, I served the foregoing on Defendants via email as consented to by Defendants in writing in accordance with Rule 5(b)(2)(F).

                                         /s/ *Joseph E. Hart*
                                         Joseph E. Hart