## AFFIDAVIT OF JOSEPH HART

1. My name is JOSEPH HART. I am lead counsel in *State of Florida v. Freestone. et al.*, No. 8:23-cv-701 (M.D. Fla.). I am over the age of eighteen and am competent to make this declaration. The following facts are based on my personal knowledge.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 4(e), which states that an individual may be served in a judicial district of the United States by "delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e).

3. On March 30, 2023, Defendant Caleb Freestone's agent, Jennifer M. Szymczak, Esq., agreed to accept service of the Summons and Complaint on behalf of Mr. Freestone.

4. On March 30, 2023, Defendant Amber Marie Smith-Stewart's agent, Sarah Alvarez, Esq., agreed to accept service of the Summons and Complaint on behalf of Ms. Smith-Stewart.

5. On March 30, 2023, I served the Summons and Complaint on Defendants via email to their respective agents.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 7, 2023

*Joseph E. Hart*