UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701-SDM-MRM

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE, and
AMBER MARIE SMITH-STEWART,

    *Defendants*.

_____

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned is admitted and authorized to practice in this Court and files this Notice of Appearance of Counsel on behalf of Plaintiff the Florida Attorney General. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served on the undersigned.

Dated: April 10, 2023

1

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 10th day of April 2023, I served the foregoing on Defendants via e-mail as consented to by Defendants in writing in accordance with Rule 5(b)(2)(F).

/s/ *James H. Percival*
James H. Percival