IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ASHLEY MOODY, on behalf of the People of the State of Florida, | ) ) Case No. 8:23-cv-701-SDM-MRM ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CALEB HUNTER FREESTONE, AMBER MARIE SMITH-STEWART, ANNARELLA RIVERA, and GABRIELLA VICTORIA OROPESA, | ) ) ) ) ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

Pursuant to United States Middle District of Florida Local Rule 3.03, Defendant Amber Smith-Stewart submits this Disclosure Statement. Plaintiff states, to the best of her knowledge, that the following individuals and entities have an interest in the disposition of this case:

(1) Each person -- including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity -- that has or might have an interest in the outcome:

    Ashley Moody, Attorney General of the State of Florida

    State of Florida

    Office of the Attorney General of the State of Florida

1

Joseph E. Hart, Counsel for State of Florida

James H. Percival, Counsel for State of Florida

John Guard, Counsel for State of Florida

Henry Whitaker, Counsel for State of Florida

Michael P. Maddux, Counsel for Defendant Freestone in criminal action number 8:23-cr-00025-VMC-AEP

Lauren C. Regan, Counsel for Defendant Smith-Stewart in this action as well as criminal action number 8:23-cr-00025-VMC-AEP

Sarah Ann Alvarez, Counsel for Defendant Smith-Stewart in criminal action number 8:23-cr-00025-VMC-AEP

Shiobhan Olivero, Counsel for Annarella Rivera in criminal action number 8:23-cr-00025-VMC-AEP

Matthew P. Farmer, Counsel for Gabriella Victoria Oropesa in criminal action number 8:23-cr-00025-VMC-AEP

Caleb Hunter Freestone

Amber Marie Smith-Stewart

Gabriella Oropesa

Annarella Rivera

South Broward Pregnancy Help Center

LifeChoice Crisis Pregnancy Center, Inc.

Heartbeat of Miami, Inc.

(2) Each entity with publicly traded shares or debt potentially affected by the outcome:  None known.

(3) Each additional entity likely to actively participate, including in a

2

bankruptcy proceeding the debtor and each member of the creditor's committee: None known.

(4) Each person arguably eligible for restitution: None known.

## DISCLOSURE CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated May 2, 2023.

> Respectfully submitted,
>
> */s/ Lauren Regan*
> Lauren Regan, *pro hac vice*
> Oregon State Bar # 970878
> Civil Liberties Defense Center
> 1430 Willamette St. No. 359
> Eugene, OR 97401
> (541) 687-9180
> lregan@cldc.org

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the above Disclosure Statement, by electronically filing with the Clerk of the Court by using CM/ECF, which will automatically send email notification of such filing to the following:

> Joseph Edward Hart
> Office of Florida Attorney General
> Email: joseph.hart@myfloridalegal.com
> Lead Counsel
>
> James Hamilton Percival II

3

Office of the Florida Attorney General
Email: james.percival@myfloridalegal.com

Dated May 2, 2023

>*/s Lauren Regan*
>Lauren Regan, *pro hac vice*
>Oregon State Bar # 970878
>Civil Liberties Defense Center
>1430 Willamette St. No. 359
>Eugene, OR 97401
> (541) 687-9180
>lregan@cldc.org