IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ASHLEY MOODY, on behalf of the People of the State of Florida,<br><br>    Plaintiff,<br><br>    v.<br><br>CALEB HUNTER FREESTONE,<br>AMBER MARIE SMITH-STEWART,<br>ANNARELLA RIVERA, and<br>GABRIELLA VICTORIA OROPESA,<br><br>    Defendants. | )<br>) Case No. 8:23-cv-701-SDM-MRM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF LEAD COUNSEL DESIGNATION**

Undersigned hereby give notice that Amber Smith-Stewart will be represented by Marianne Dugan (*pro hac vice*) as lead counsel, and Lauren Regan (*pro hac vice*) as additional counsel.

May 2, 2023.

                                                Respectfully submitted,

                                                */s/ Marianne Dugan*
                                                Marianne Dugan, *pro hac vice*
                                                Oregon State Bar # 932563
                                                Civil Liberties Defense Center
                                                1430 Willamette St. No. 359
                                                Eugene, OR 97401
                                                (541) 687-9180
                                                mdugan@cldc.org

                                                Lead counsel for defendant Amber Smith-Stewart

/s/ Lauren Regan
Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Counsel for defendant Amber Smith-Stewart

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the above Notice of Lead Counsel Designation, by electronically filing with the Clerk of the Court by using CM/ECF, which will automatically send email notification of such filing to the following:

Joseph Edward Hart
Office of Florida Attorney General
Email: joseph.hart@myfloridalegal.com
Lead Counsel

James Hamilton Percival II
Office of the Florida Attorney General
Email: james.percival@myfloridalegal.com

Dated: May 2, 2023.

/s Lauren Regan
Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org