IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ASHLEY MOODY, on behalf of the People of the State of Florida, | ) ) Case No. 8:23-cv-701-SDM-MRM |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CALEB HUNTER FREESTONE, AMBER MARIE SMITH-STEWART, ANNARELLA RIVERA, and GABRIELLA VICTORIA OROPESA, | ) ) ) ) ) |
| Defendants. | ) |

1. I am one of the attorneys in this case for defendant Amber Smith-Stewart. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. I am also lead criminal defense attorney for Amber Smith-Stewart in the pending related federal criminal prosecution, *United States of America v. Freestone et al.*, M.D. Fla. No. 8:23-cr-25, before the Honorable Judge Covington. The operative superseding criminal indictment in that related case is attached as Exhibit A.

3. To the best of my knowledge, upon review of the initial discovery disclosures provided by the Assistant U.S. Attorney assigned to the criminal prosecution, other than the defendants named in this civil lawsuit (who are also named in the criminal case), there are no other witnesses who can provide evidence

as to what actually occurred.

    4. Amber Smith-Stewart is already subject to a criminal "Order Setting Conditions of Release" signed by Magistrate Judge C. Bremer on January 23, 2023. The conditions include obeying all laws and not having any contact with any witness, victim, or potential witness or victim. It would be a violation of this order if they were to be on the property described in this civil complaint; and a violation of that court order could subject them to pretrial incarceration until their criminal trial date.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed May 2, 2023, at Eugene, Oregon.

*/s/ Lauren Regan*
Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Counsel for defendant Amber Smith-Stewart

# CERTIFICATE OF SERVICE

    This is to certify that I have this day filed the above Declaration of Counsel by electronically filing with the Clerk of the Court by using CM/ECF, which will automatically send email notification of such filing to the following:

    Joseph Edward Hart
    Office of Florida Attorney General
    Email: joseph.hart@myfloridalegal.com
    Lead Counsel

    James Hamilton Percival II
    Office of the Florida Attorney General
    Email: james.percival@myfloridalegal.com

Dated May 2, 2023.

    Respectfully submitted,

*/s Lauren Regan*
Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org