UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,

    Plaintiff,

v.

CALEB HUNTER FREESTONE, *et al.*,

    Defendants.

Case No. 8:23-cv-701-SDM-MRM

## NOTICE OF APPEARANCE

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as counsel on behalf of Plaintiff Caleb Hunter Freestone. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal and eservice@slaterlegal.com.

Dated: May 8, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Caleb Freestone*

**Certificate of Service**

I hereby certify that on May 8, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater
