UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

ASHLEY MOODY, on behalf of the
People of the State of Florida,

        Plaintiff,

v.

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANNARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA.

        Defendants.
_____

Case No. 8:23-cv-701-SDM-MRM

### NOTICE OF APPEARANCE AND NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that the undersigned counsel, Andrea Costello, appears in this action and is designated as lead counsel of record for Defendant Annarella Rivera. *See* M.D. Local Rule 2.02(a). Undersigned counsel respectfully requests inclusion on the party's service list in this matter.

Dated: May 8, 2023

Respectfully submitted,

By:    /s/ Andrea Costello
Andrea Costello
Fla. Bar No. 0532991
Florida Legal Services
P.O. Box 533986
Orlando, FL 32853

        Telephone: (407) 801-0332 (direct)
        Fax: (407) 505-7327
        andrea@floridalegal.org
        *Lead Counsel and Attorney for Defendant*
        *Annarella Rivera*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 8, 2023, I served the foregoing by electronically filing with the Clerk of the Court by using the CM/ECF system which automatically sends notification to:

 Joseph Edward Hart
 Office of Florida Attorney General
 Email: joseph.hart@myfloridalegal.com
 Lead Counsel for Plaintiff

 James Hamilton Percival II
 Office of the Florida Attorney General
 Email: james.percival@myfloridalegal.com
 Counsel for Plaintiff


        /s/ Andrea Costello
       Andrea Costello
       Fla. Bar No. 0532991