# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

_____

ASHLEY MOODY, on behalf of the
People of the State of Florida,

        Plaintiff,

v.

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANNARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA.

        Defendants.

_____

Case No. 8:23-cv-701-SDM-MRM

## DEFENDANT ANNARELLA RIVERA'S DISCLOSURE STATEMENT

Defendant Annarella Rivera files this Disclosure Statement pursuant to M.D. Local Rule 3.03. Defendant states, to the best of her knowledge, the following individuals and entities have an interest in the outcome of this case:

1. Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

    a. Ashley Moody, Attorney General of the State of Florida

    b. State of Florida

    c.    Office of the Attorney General of the State of Florida

    d.    Joseph E. Hart, Counsel for State of Florida

    e.    James H. Percival, Counsel for State of Florida

    f.    John Guard, Counsel for State of Florida

    g.    Henry Whitaker, Counsel for State of Florida

    h.    Michael P. Maddux, Counsel for Defendant Freestone in criminal action number 8:23-cr-00025-VMC-AEP

    i.    Lauren C. Regan, Counsel for Defendant Smith-Stewart in this action and criminal action number 8:23-cr-00025-VMC-AEP

    j.    Sarah Ann Alvarez, Counsel for Defendant Smith-Stewart in criminal action number 8:23-cr-00025-VMC-AEP

    k.    Marianne Dugan, Counsel for Defendant Smith-Stewart in this action

    l.    Shiobhan Olivero, Counsel for Annarella Rivera in criminal action number 8:23-cr-00025-VMC-AEP

    m.    Matthew P. Farmer, Counsel for Gabriella Victoria Oropesa in criminal action number 8:23-cr-00025-VMC-AEP

    n.    Caleb Hunter Freestone

    o.    Amber Marie Smith-Stewart

    p.    Gabriella Oropesa

    q.    Annarella Rivera

    r.    South Broward Pregnancy Help Center

    s.    LifeChoice Crisis Pregnancy Center, Inc.

    t.    Heartbeat of Miami, Inc.

  u.  Matt Farmer, Counsel for Defendant Oropesa in criminal action number 8:23-cr-00025-VMC-AEP

  2.  Each entity with publicly traded shares or debt potentially affected by the outcome:  None known.

  3.  Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee: None known.

  4.  Each person arguably eligible for restitution: None known.

## DISCLOSURE CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 8, 2023      Respectfully submitted,

                By:  /s/ Andrea Costello
                Andrea Costello
                Fla. Bar No. 0532991
                Florida Legal Services
                P.O. Box 533986
                Orlando, FL 32853
                Telephone: (407) 801-0332 (direct)
                Fax: (407) 505-7327
                andrea@floridalegal.org
                *Attorney for Defendant Annarella Rivera*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2023, I served the the foregoing by electronically filing with the Clerk of the Court by using the CM/ECF system which automatically sends notification to:

      Joseph Edward Hart
      Office of Florida Attorney General
      Email: joseph.hart@myfloridalegal.com
      Lead Counsel for Plaintiff

      James Hamilton Percival II
      Office of the Florida Attorney General
      Email: james.percival@myfloridalegal.com
      Counsel for Plaintiff

                                        /s/ Andrea Costello
                                    Andrea Costello
                                    Fla. Bar No. 0532991