UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,

    Plaintiff,

v.

CALEB HUNTER FREESTONE, *et al.*,

    Defendants.

Case No. 8:23-cv-701-SDM-MRM

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Ashley Moody, in her official capacity as Attorney General of the State of Florida, Plaintiff;
- Joseph Hart, Attorney for Plaintiff;
- James Percival, Attorney for Plaintiff;
- John Guard, Attorney for Plaintiff;
- Henry Whitaker, Attorney for Plaintiff;

- Office of the Florida Attorney General, Attorneys for Plaintiff;

- Caleb Hunter Freestone, Defendant;

- James M. Slater, Attorney for Defendant Freestone;

- Slater Legal PLLC, Attorneys for Defendant Freestone;

- Michael Maddux, Attorney for Defendant Freestone in *USA v. Freestone et al.*, Case No. 8:23-cr-25-VMC-AEP (the "Criminal Action");

- Jennifer Szymczak, Attorney for Defendant Freestone in the Criminal Action;

- Michael P. Maddux, P.A., Attorneys for Defendant Freestone in the Criminal Action;

- Anarella Rivera, Defendant;

- Andrea Costello, Attorney for Defendant Rivera;

- Florida Legal Services, Attorneys for Defendant Rivera;

- Shiobhan Olivero, Attorney for Defendant Rivera in the Criminal Action;

- Olivero Law, P.A., Attorneys for Defendant Rivera in the Criminal Action;

- Amber Smith-Stewart, Defendant;

- Lauren Regan, Attorney for Defendant Smith-Stewart in this action and the Criminal Action;

2

- Marianne Dugan, Attorney for Defendant Smith-Stewart;

- Sarah Alvarez, Attorney for Defendant Smith-Stewart in the Criminal Action;

- Civil Liberties Defense Center, Attorneys for Defendant Smith-Stewart in this action and the Criminal Action;

- Gabriella Oropesa, Defendant;

- Matthew Farmer, Attorney for Defendant Oropesa in the Criminal Action; and

- Farmer & Fitzgerald, Attorneys for Defendant Oropesa in the Criminal Action.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** None known.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 8, 2023.

                                            Respectfully submitted,

                                            SLATER LEGAL PLLC

                                            */s/ James M. Slater*
                                            James M. Slater (FBN 111779)
                                            113 S. Monroe Street
                                            Tallahassee, Florida 32301
                                            james@slater.legal
                                            Tel. (305) 523-9023

                                            *Attorneys for Defendant Caleb Freestone*

## Certificate of Service

I hereby certify that on May 8, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

                                            By: */s/ James M. Slater*
                                                  James M. Slater