UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701-SDM-MRM

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

## JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO STAY AND TO RESPOND TO FIRST AMENDED COMPLAINT

On May 2, 2023, Defendant Amber Marie Smith-Stewart moved to stay proceedings in this case pending her related criminal case. *See* Doc. 18. The next day, this Court granted Ms. Smith-Stewart's unopposed motion to extend her deadline to respond to the operative complaint until five days after an order denying or lifting such a stay. Doc. 21.

Because the remaining Defendants may also seek to stay proceedings in this case, and because Plaintiff is likely to file a single omnibus response to those motions, the parties[1] propose as follows:

---

[1] The parties include only Defendants Freestone, Smith-Stewart, and Rivera and Plaintiff Ashley Moody. Defendant Oropesa is not yet represented by counsel in this civil matter, and the parties could not obtain her definite position on this motion.

1

1. For any Defendant that files a Motion to Stay, the parties request that the Court toll the deadline for that Defendant to respond to Plaintiff's First Amended Complaint pending the Court's decision on the Motion to Stay. The parties therefore request that any response to the operative complaint be due 5 days after an order denying or lifting such a stay.

2. The parties also request that each of Plaintiff's responses to the Motions to Stay be due on the same day so that Plaintiff may file a consolidated omnibus response. Specifically, the parties ask that Plaintiff's responses be due 14 days after the last Defendant files a Motion to Stay. If any Defendant chooses not to file a Motion to Stay, Plaintiff shall promptly notify the Court of that fact, and Plaintiff's responses to the Motions shall be due 14 days from the notification or the filing of the last Motion to Stay, whichever is later.

Dated: May 9, 2023

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Joseph Hart*
Joseph Hart* (FBN 0124720)
COUNSELOR TO THE ATTORNEY GENERAL
*Lead Counsel

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.hart@myfloridalegal.com

*Counsel for the State of Florida*

*/s/ Marianne Dugan*
Marianne Dugan,* *pro hac vice*
Oregon State Bar #932563
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
(541) 687-9180
mdugan@cldc.org
*Lead Counsel for Defendant Amber Smith-Stewart

*/s/ James Slater*
James Slater* (FBN 111779)
Slater Legal PLLC
113 Monroe Street
Tallahassee, FL 32301
(305) 523-9023
James@slater.legal
*Lead Counsel for Defendant Caleb Freestone

*/s/ Andrea Costello*
Andrea Costello*
Fla. Bar No. 0532991
Florida Legal Services
P.O. Box 533986
Orlando, FL 32853
Telephone: (407) 801-0332 (direct)
Fax: (407) 505-7327
andrea@floridalegal.org
*Lead Counsel and Attorney for Defendant Annarella Rivera

3

## CERTIFICATE OF SERVICE

I CERTIFY that on this 9th day of May 2023, I filed the above Joint Motion electronically with the Court's CM/ECF system, which will provide service to Defendants Freestone, Smith-Stewart and Rivera.

I CERTIFY that on this 9th day of May 2023, I served the above Joint Motion on Defendant Gabriella Oropesa via email as consented to by the Defendant in writing in accordance with Rule 5(b)(2)(F).

/s/ *Joseph E. Hart*
Joseph E. Hart