UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ASHLEY MOODY, <br><br> Plaintiff, <br><br><br> v. <br><br><br> CALEB HUNTER FREESTONE, <br> *et al.*, <br><br> Defendants. | Case No. 8:23-cv-701-SDM-MRM |

**DEFENDANT GABRIELLA OROPESA'S**
**MOTION TO STAY THESE PROCEEDINGS PENDING**
**THE OUTCOME OF HER PARALLEL CRIMINAL CASE**

Defendant, GABRIELLA OROPESA'S, by and through his undersigned attorney, joins her co-defendants motions to stay this proceeding and request that this Court stay these proceedings pending the outcome of her parallel criminal case. In support, Defendant states:

This case involves the Freedom of Access to Clinic Entrances Act ("FACE Act"). ECF No. 9. The Attorney General has sued Ms. Oropesa and others for alleged acts in violation of the FACE Act. *Id*.



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

Page | **1**

Ms. Oropesa was indicted in this District with the other civil defendants for purportedly violating the FACE Act—which carries civil and criminal penalties—for the same conduct alleged in this civil lawsuit. *United States v. Freestone, et al.*, Case No. 8:23-cr-25 (M.D. Fla.) ("Criminal Action").

Ms. Oropesa's co-defendants have all filed the motions to stay this action pending the resolution of the Criminal Action. ECF No. 18, 29, 30.

Due to the identical factual issues in the parallel Criminal Action, and the fact that the other defendants would also invoke their Fifth Amendment privilege due to their own criminal jeopardy in the Criminal Action, Ms. Oropesa requests that the Court stay this matter pending the outcome of the Criminal Action. Ms. Oropesa adopts the argument and legal memorandum set out in her co-defendants' motions (ECF No. 18, 29, 30) and request a stay on these grounds.

### Local Rule 3.01(g) Certification

I hereby certify that I conferred with counsel for the Attorney General on May 12, 2023 by email. Plaintiff's counsel opposes the relief requested herein.

By: */s/ Faudlin Pierre*
Faudlin Pierre

**Certificate of Service**

PIERRE SIMON

600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

Page | 2

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

                Respectfully submitted by,

**PIERRE SIMON**

Attorneys for Defendant
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315
By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193