UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,
Plaintiff,

v.   Case No. 8:23-cv-701-SDM-MRM

CALEB HUNTER FREESTONE,
*et al.*,
Defendants.

DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, **GABRIELLA OROPESA** makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **Not applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: **Not applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary,



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

Page | 1

conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

a. **Faudlin Pierre, Attorney for Plaintiff**

b. **Jennito Simon, Attorney for Plaintiff**

c. **Pierre Simon, LLC, law firm representing Plaintiff**

d. Ashley Moody, in her official capacity as Attorney General of the State of Florida, Plaintiff;

e. Joseph Hart, Attorney for Plaintiff;

f. James Percival, Attorney for Plaintiff;

g. John Guard, Attorney for Plaintiff;

h. Henry Whitaker, Attorney for Plaintiff;

i. Office of the Florida Attorney General, Attorneys for Plaintiff;

j. Caleb Hunter Freestone, Defendant;

k. James M. Slater, Attorney for Defendant Freestone;

l. Slater Legal PLLC, Attorneys for Defendant Freestone;

m. Michael Maddux, Attorney for Defendant Freestone in *USA v. Freestone et al.*, Case No. 8:23-cr-25-VMC-AEP (the "Criminal Action");

n. Jennifer Szymczak, Attorney for Defendant Freestone in the Criminal Action;

o. Michael P. Maddux, P.A., Attorneys for Defendant Freestone in the Criminal Action;

p. Anarella Rivera, Defendant;

q. Andrea Costello, Attorney for Defendant Rivera;

r. Florida Legal Services, Attorneys for Defendant Rivera;



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**

    s. Shiobhan Olivero, Attorney for Defendant Rivera in the Criminal Action;

    t. Olivero Law, P.A., Attorneys for Defendant Rivera in the Criminal Action;

    **u.** Amber Smith-Stewart, Defendant;

    **v.** Lauren Regan, Attorney for Defendant Smith-Stewart in this action and the Criminal Action;

    **w.** Marianne Dugan, Attorney for Defendant Smith-Stewart;

    **x.** Sarah Alvarez, Attorney for Defendant Smith-Stewart in the Criminal Action;

    **y.** Civil Liberties Defense Center, Attorneys for Defendant Smith-Stewart in this action and the Criminal Action;

    **z.** Gabriella Oropesa, Defendant;

    **aa.** Matthew Farmer, Attorney for Defendant Oropesa in the Criminal Action; and

    **bb.** Farmer & Fitzgerald, Attorneys for Defendant Oropesa in the Criminal Action.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **Not applicable.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **Not applicable.**

6. Identify each person arguably eligible for restitution: **Not applicable.**

☒I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this



action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATION

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted by,

PIERRE**SIMON**

Attorneys for Defendant
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315
By: s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193
