UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,
Plaintiff,

v.

CALEB HUNTER FREESTONE,
*et al.*,
Defendants.

Case No. 8:23-cv-701-SDM-MRM

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 2.02(a), Faudlin Pierre, Esq. is designated as lead counsel for Defendant Gabriella Oropesa.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties.

PIERRE **SIMON**
Attorneys for Defendant
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315

By: s/Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
fplaw08@yahoo.com
(305) 336-9193



600 Southwest 4th Avenue, **Fort Lauderdale, Florida 33315**