IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ASHLEY MOODY, on behalf of the People of the State of Florida,  )<br>)  Case No. 8:23-cv-701-SDM-MRM<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CALEB HUNTER FREESTONE,  )<br>AMBER MARIE SMITH-STEWART,  )<br>ANNARELLA RIVERA, and  )<br>GABRIELLA VICTORIA OROPESA,  )<br>)<br>Defendants.  ) | |

**JOINT UNOPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF IN SUPPORT OF MOTIONS TO STAY**

Pursuant to M.D. Local Rule 3.01(d), Defendants Freestone, Smith-Stewart, Rivera, and Oropesa, by and through undersigned counsel, respectfully request leave of Court to file a consolidated reply brief to Plaintiff Florida's Omnibus Response to Defendants' Motions to Stay ("Response") (Doc. 34). Plaintiff does not oppose this motion.

In support of this motion, Defendants state:

This lawsuit was filed on March 29, 2023 (Doc. 1). Defendant Amber Smith-Stewart was served on March 30, 2023 (Doc. 7-1). Plaintiffs subsequently amended the complaint to add two additional defendants, on April 18, 2023 (Doc. 9). All defendants filed motions to stay the proceedings pending the related criminal case

1

(Docs. 18, 29, 30, and 31). Plaintiff filed a brief opposing those motions, on May 30, 2023 (Doc. 34).

Under Local Rule 3.01(d), a party may seek leave to file a reply in support of a motion, specifying the need for and length of the proposed reply. Defendants anticipate they will require no more than five pages to reply to plaintiff's response. Defendants seek leave to file a consolidated reply to address arguments raised in Plaintiff's Response. These matters include: Defendants' alleged burden, and the correct applicable legal standard, for the Court's determination of a brief stay in this matter, since the parties have divergent positions; to rebut Plaintiffs' incorrect assertions as to the burden of proof and evidence in this matter, which demonstrate why Defendants' invocation of their Fifth Amendment rights would compel an adverse judgment; and why the Court narrowing the range of discovery is insufficient to prevent harm to the Defendants' constitutional rights. Because of the dramatic divergence of the legal standard and analysis presented in the parties' filings regarding a stay, a short reply brief will assist the Court with applying the correct standards to the pending motions to temporarily stay this matter.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting leave to file a five-page reply, exclusive of caption, signature block, and certificate(s), to be filed five (5) days after the entry of an Order permitting such filing.

## RULE 3.01(g) CERTIFICATION

Undersigned counsel has conferred with opposing counsel in a good faith effort to resolve the issues raised in this motion. Plaintiff's counsel is not opposed to the Court granting the relief requested.

Respectfully submitted June 5, 2023,

/s/ Marianne Dugan
Marianne Dugan, pro hac vice
Oregon State Bar # 932563
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
 (541) 687-9180
mdugan@cldc.org

*Lead counsel for Defendant Amber Smith-Stewart*

/s/ Lauren Regan
Lauren Regan, pro hac vice
Oregon State Bar # 970878
Civil Liberties Defense Center
1430 Willamette St. No. 359
Eugene, OR 97401
 (541) 687-9180
lregan@cldc.org

*Attorney for Defendant Amber Smith-Stewart*

      /s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Caleb Freestone*

       /s/ Andrea Costello
Andrea Costello
Fla. Bar No. 0532991
Florida Legal Services
P.O. Box 533986
Orlando, FL 32853
Telephone: (407) 801-0332 (direct)
Fax: (407) 505-7327
andrea@floridalegal.org

*Attorney for Defendant Annarella Rivera*

       /s/ Faudlin Pierre
Faudlin Pierre, Esq.
FBN. 56770
PierreSimon
600 Southwest 4th Avenue,
Fort Lauderdale, Florida 33315
fplaw08@yahoo.com
 (305) 336-9193