**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ASHLEY MOODY, on behalf of the People of the State of Florida, | ) ) Case No. 8:23-cv-701-SDM-MRM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CALEB HUNTER FREESTONE, | ) |
| AMBER MARIE SMITH-STEWART, | ) |
| ANNARELLA RIVERA, and | ) |
| GABRIELLA VICTORIA OROPESA, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SMITH-STEWART'S**
**NOTICE OF COUNSEL'S ADDRESS CHANGE**

Pursuant to LR 2.01(b)(3)(B), all counsel for defendant Smith-Stewart give

notice that their address has changed to:  1711 Willamette St. Suite 301 # 359;

Eugene, OR 94701. The phone number and email addresses remain the same.

Respectfully submitted June 23, 2023.

/s/ Marianne Dugan
Marianne Dugan, *pro hac vice*
Oregon State Bar # 932563
Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
(541) 687-9180
mdugan@cldc.org

Lead counsel for defendant Amber
Smith-Stewart

/s/ Lauren Regan

1

Lauren Regan, *pro hac vice*
Oregon State Bar # 970878
Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Counsel for defendant Amber Smith-Stewart