# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No. 8:23-cv-701-SDM-MRM

ASHLEY MOODY,

    *Plaintiff*,

v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.
_____/

## JOINT MOTION TO EXTEND STAY

Ashley Moody, the Attorney General of Florida, brought this civil action under the Freedom of Access to Clinic Entrances Act (the "FACE Act"), 18 U.S.C. § 248, against Defendants, who Moody claims "vandalized and threatened" at least three Florida "crisis pregnancy centers," which are "non-profit organizations that offer [to pregnant women] free services . . . including financial support, ultrasounds, and counseling but do not perform or promote abortions." (*See generally*, Doc. 9). Because each Defendant was indicted under the FACE Act, *United States v. Freestone, et al.*, 8:23-cr-25-VMC-AEP (M.D. Fla.) (the "Criminal Action"), Defendants filed motions to stay this proceeding pending the outcome of the Criminal Action, which the Court granted, staying this case for a period of ninety days or until completion of

the trial or another resolution in the Criminal Action, whichever occurs first. (Doc. 36). At the time the Court entered its order staying this case, the trial in the Criminal Action was scheduled for the July 2023 trial term. (*Id.* at 3 n. 2). Since then, the presiding judge in the Criminal Action has rescheduled trial for the November 2023 trial term, well beyond the stay, which expires on September 4, 2023. *See* Criminal Action Doc. 127. Defense counsel also believe it is possible the trial date will be further postponed in the Criminal Action.

Accordingly, the parties jointly request that the Court extend the stay for a period of 120 days, through January 2, 2023, or until the completion of the trial or another resolution of the Criminal Action, whichever occurs first. In the latter case, defense counsel would provide notice to the Court within five (5) business days of such conclusion of the Criminal Action.

Dated: August 9, 2023

*[Signature Blocks to Follow]*

Respectfully submitted,

| | |
|---|---|
| Ashley Moody<br>ATTORNEY GENERAL<br><br>John Guard (FBN 374600)<br>CHIEF DEPUTY ATTORNEY GENERAL<br><br>James H. Percival (FBN 1016188)<br>CHIEF OF STAFF<br><br>Henry Whitaker (FBN 1031175)<br>SOLICITOR GENERAL<br><br>*/s/ Joseph Hart*<br>Joseph Hart* (FBN 0124720)<br>COUNSELOR TO THE ATTORNEY GENERAL<br>*Lead Counsel<br><br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Joseph.hart@myfloridalegal.com<br><br>*Counsel for the State of Florida* | */s/Marianne Dugan*<br>Marianne Dugan* *pro hac vice*<br>Oregon State Bar #932563<br>Civil Liberties Defense Center<br>1711 Willamette Street, Ste. 301 # 359<br>Eugene, Oregon 97401 (541) 687-9180<br>mdugan@cldc.org<br>*Lead Counsel for Amber Smith-Stewart*<br><br>*/s/James M. Slater*<br>James M. Slater* (FBN 111779)<br>Slater Legal PLLC<br>113 Monroe Street<br>Tallahassee, FL 32301<br>(305) 523-9023<br>james@slater.legal<br>*Lead Counsel for Caleb Freestone*<br><br>*/s/Andrea Costello*<br>Andrea Costello* (FBN 0532991)<br>FLORIDA LEGAL SERVICES<br>P.O. Box 533986<br>Orlando, Florida 32853<br>Tel. (407) 801-0332<br>andrea@floridalegal.org<br>*Lead Counsel for Annarella Rivera*<br><br>*/s/Miriam Haskell*<br>Miriam Haskell* (FBN 069033)<br>Carrie Joanna Feit (FBN 470066)<br>COMMUNITY JUSTICE PROJECT<br>3000 Biscayne Blvd., Suite 106<br>Miami, Florida 33137<br>Tel. (305) 907-7697<br>miriam@communityjusticeproject.com<br>carrie@communityjusticeproject.com<br>*Lead Counsel for Gabriella Oropesa* |