UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    Plaintiff,

v.                                    CASE NO. 8:23-cv-701-SDM-MRM

CALEB HUNTER FREESTONE, et al.,

    Defendants.
_____/

## ORDER

In this civil action under the Freedom of Access to Clinic Entrances Act (the FACE Act), 18 U.S.C. § 248, Ashley Moody, the Attorney General of Florida, sues (Doc. 9) four defendants, alleged members of Antifa and Jane's Revenge, and alleges that, after *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022), the defendants "vandalized and threatened" at least three Florida "crisis pregnancy centers," which are "non-profit organizations that offer [to pregnant women] free services . . . including financial support, ultrasounds, and counseling but do not perform or promote abortions." Because, among other reasons, each defendant was indicted under the FACE Act, *United States v. Freestone, et al.*, 8:23-cr-25-VMC-AEP (M.D. Fla.), a June 5, 2023 order stays this action for ninety days or until completion of the trial or another resolution in the criminal action, whichever occurs first.

Because the criminal trial was rescheduled for the November 2023 trial term, the parties jointly move (Doc. 38) to extend the stay "through January 2, 2023, or until the completion of the trial or another resolution of the Criminal Action, whichever occurs first." Because the motion is unopposed, the motion is **GRANTED-IN-PART**. The stay in this action is **EXTENDED** through **DECEMBER 4, 2023**, or until the completion of the trial or an earlier resolution of the criminal action, whichever occurs first. If any party can show a need for discovery to preserve evidence that might become unavailable or less effective or show a similarly urgent need for discovery, the party can move for partial relief from the stay to complete specific discovery. **ABSENT AN EXTRAORDINARY CIRCUMSTANCE, NO FURTHER EXTENSION IS AVAILABLE.**

ORDERED in Tampa, Florida, on August 10, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE