UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiffs*,

    v.                             Case No. 8:23-CV-701-SDM-MRM

CALEB HUNTER FREESTONE, ET AL.,

    *Defendants*.
_____/

## MOTION TO WITHDRAW AS COUNSEL

JOSEPH E. HART, lead counsel for Plaintiff Ashley Moody, moves to withdraw as counsel of record in this action. JAMES H. PERCIVAL will represent Plaintiff Ashley Moody as lead counsel going forward. Plaintiff Ashley Moody consents to this withdrawal.

                                **ASHLEY MOODY**
                                ATTORNEY GENERAL

                                */s/ Joseph Hart*
                                Joseph Hart (FBN 0124720)
                                COUNSELOR TO THE ATTORNEY GENERAL
                                Office of the Attorney General
                                The Capitol, Pl-01
                                Tallahassee, Florida 32399-1050
                                (850) 414-3300
                                (850) 410-2672 (fax)
                                Joseph.hart@myfloridalegal.com

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 27th day of September 2023.

/s/ *Joseph E. Hart*
Joseph E. Hart
