## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case No. 8:23-cv-701-SDM-MRM

ASHLEY MOODY, on behalf of the
People of the State of Florida,

     *Plaintiff*,

     v.

CALEB HUNTER FREESTONE,
*et al.*,

     *Defendants*.

_____

### <u>PLAINTIFF'S RESPONSE TO DEFENDANTS' THIRD MOTION TO STAY</u>

This case has now been pending for eight months. When this Court extended the stay on August 10, 2023, it stated: "**ABSENT AN EXTRAORDINARY CIRCUMSTANCE, NO FURTHER EXTENSION IS AVAILABLE**." Doc. 39 at 2. Defendants now move to extend the stay yet again. Doc. 42. Plaintiff opposes for two reasons.

First, Plaintiff opposes extending the stay for the same reasons it opposed the stay initially—namely because "an adverse inference, alone, will not satisfy Florida's burden of proof, Defendants' silence will not result in an adverse inference for every element of the claim, and Defendants cannot show that their silence will compel an adverse judgement at this early stage in litigation." *See* Doc. 34 at 8.

1

Second, Plaintiff opposes extending the stay for the additional reason that Defendants have not met the "extraordinary circumstance" standard this Court set in its previous order. Doc. 39 at 2. The only circumstances Defendants identify are the same bases they asserted to obtain the stay in the first instance. *See* Doc. 42 at 4. Those circumstances, which the Court was already aware of when it entered its previous order, do not meet the high standard set by the Court for extending the stay.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

/s/ James H. Percival
James H. Percival* (FBN 1016188)
CHIEF OF STAFF
*Lead Counsel

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Florida Attorney General*

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 29th day of November, 2023, I filed this response electronically with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
James H. Percival