UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    Plaintiff,

v.                                          CASE NO. 8:23-cv-701-SDM-MRM

CALEB HUNTER FREESTONE, et. al.,

    Defendant.
_____/

## ORDER

A June 5, 2023 order (Doc. 36) stays this action for ninety days or until trial or another resolution in the related criminal action, 8:23-cr-25. An August 10, 2023 order extends the stay through December 4, 2023, or until either event described in the earlier order. As the stay's expiration approaches, the defendants move (Doc. 42) to extend the stay through March 27, 2024. The plaintiff opposes the motion and responds (Doc. 43). In 8:23-cr-25, a motion pends to continue the January 2024 trial until June 2024. The docket in 8:23-cr-25 reveals that the presiding judge will conduct a status conference on December 7, 2023.

If the pending motion to continue the trial in 8:23-cr-25 is denied and if the trial in 8:23-cr-25 occurs in January 2024, the motion (Doc. 42) is **GRANTED-IN-PART**, and the stay is extended through January 31, 2024. If the pending motion to continue the trial in 8:23-cr-25 is granted and if the criminal trial will occur later than

January 2024, the motion (Doc. 42) is **DENIED** effective upon entry of the order of continuance in 8:23-cr-25, or in any event not later than January 31, 2024.

ORDERED in Tampa, Florida, on December 5, 2023.

                                              STEVEN D. MERRYDAY
                                         UNITED STATES DISTRICT JUDGE