## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ASHLEY MOODY, on behalf of the
People of the State of Florida,　　　　　Case No. 8:23-cv-701-SDM-MRM

　　　　Plaintiff,

　　　　v.

CALEB HUNTER FREESTONE, *et al.*,

　　　　Defendants.
_____/

### JOINT MOTION FOR SETTLEMENT CONFERENCE

　　　　This is an action brought by the State of Florida pursuant to 18 U.S.C. 248, the "Freedom of Access to Clinic Entrances" Act ("FACE Act"). (Doc. 9). The Florida Attorney General alleges that Defendants violated the FACE Act in connection with alleged activities at three "crisis pregnancy centers." (*See id.*).

　　　　In January 2023, before this civil lawsuit was filed, Defendants were indicted criminally in federal court for the same alleged conduct. *United States of America v. Freestone et al.,* M.D. Fla. No. 8:23-cr-25 (the "Criminal Action"). The Criminal Action indictment was also brought under the FACE Act, which provides for both criminal and civil penalties. Because of the overlapping allegations and legal issues, and the expense and risk to all parties that are inherent in litigation, the parties believe it is in their best interests to promptly convene a global

settlement conference with respect to this lawsuit and the Criminal Action. The parties in the Criminal Action will be asking the Judge Covington to permit the magistrate judge in that case, Magistrate Judge Porcelli, to hold a settlement conference on January 31, 2024.[1] The parties here similarly ask this Court to do the same, so that Defendants may attempt to resolve these parallel matters with the state and federal governments.

WHEREFORE, the parties respectfully request that the Court order a settlement conference be held before Magistrate Judge Porcelli on January 31, 2024, or at his convenience.

Dated: December 21, 2023

*[Signature Blocks to Follow]*

---

[1] The parties in both actions and Judge Porcelli are amenable to this date. Defendant Freestone's counsel in this case, James Slater, is scheduled to begin trial on January 31st in the matter of *Dukes v. McCallum*, No. 1:23-cv-45 (N.D. Fla.); however, Mr. Freestone's lawyers in the Criminal Action will be present at the conference and will be able to stand in for Mr. Slater.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival* (FBN 1016188)
Natalie P. Christmas (FBN 1019180)
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.Hart@myfloridalegal.com
Natalie.Christmas@myfloridalegal.com

*Lead Counsel for the State of Florida*

*/s/ Marianne Dugan*
Marianne Dugan* *pro hac vice*
Oregon State Bar #932563
Civil Liberties Defense Center
1711 Willamette Street, Ste. 301 # 359
Eugene, Oregon 97401 (541) 687-9180
mdugan@cldc.org
*Lead Counsel for Amber Smith-Stewart*

*/s/ James M. Slater*
James M. Slater* (FBN 111779)
Slater Legal PLLC
113 Monroe Street
Tallahassee, FL 32301
(305) 523-9023
james@slater.legal
*Lead Counsel for Caleb Freestone*

*/s/ Andrea Costello*
Andrea Costello* (FBN 0532991)
FLORIDA LEGAL SERVICES
P.O. Box 533986
Orlando, Florida 32853
Tel. (407) 801-0332
andrea@floridalegal.org
*Lead Counsel for Annarella Rivera*

*/s/ Miriam Haskell*
Miriam Haskell* (FBN 069033)
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Tel. (305) 907-7697
miriam@communityjusticeproject.com
*Lead Counsel for Gabriella Oropesa*

3