UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    Plaintiff,

v.                                          CASE NO. 8:23-cv-701-SDM-MRM

CALEB HUNTER FREESTONE, et. al.,

    Defendant.
_____/

## ORDER

The parties move (Doc. 53) to mediate before Magistrate Judge Anthony E. Porcelli. The motion is **GRANTED**. This action is referred to mediation. **Magistrate Judge Anthony E. Porcelli**, 801 North Florida Avenue, Tampa, Florida 33602, (813) 301-5540 is the mediator. The mediator must conduct the mediation in accord with this order and the Local Rules. Compliance with this order is not satisfied by any other attempt by the parties to resolve this matter through mediation or by another mechanism for dispute resolution. The parties must mediate in conformity with the schedule set by Judge Porcelli.

ORDERED in Tampa, Florida, on December 22, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE