# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ATTORNEY GENERAL**

    **Plaintiffs,**

v.                                                       Case No: 8:23-cv-701-SDM-AAS

**CALEB HUNTER FREESTONE, et al.**

    **Defendant.**

_____

**HEARTBEAT OF MIAMI, INC.**

    **Plaintiffs,**

v.                                                       Case No. 8:23-cv-705-KKM-AAS

**JANE'S REVENGE, et al.**

    **Defendant.**

_____

## **ORDER**

    **THIS CAUSE** comes before the Court sua sponte. The Court is permitting counsel and one defendant, Gabriella Victoria Oropesa*, to bring certain electronic equipment into the courthouse for use during the upcoming settlement conference, scheduled for Monday, February 12, 2024, at 9:30 AM.

    The following individuals are permitted to bring in Cell phones, Smartwatches and Laptops into the Sam M. Gibbons Federal Courthouse for use during the settlement conference:

James Percival, DAG & Natalie Christmas, DAG

Jason Gonzalez, Esq., Amber Nunnally, Esq., Caroline Poor, Esq., David Hacker, Esq., Jeffrey Mateer, Esq., Jeremiah Dys, Esq., Lea Patterson, Esq., Paul Huck, Esq., Robert Minchin, Esq., Ryan Gardner, Esq., Taylor Greene, Esq. (for pltf Heartbeat of Miami)

James Slater, Esq.

Marianne Dugan, Esq. & Lauren Regan, Esq.

Andrea Costello, Esq.

*Gabriella Victoria Oropesa **(Cell phone only)**

Any person authorized by this Order shall present a copy of this Order to security personnel when entering the courthouse with the electronic equipment. Security personnel require that the authorized person present picture identification at the time of entry. The cellular phone, laptop computer, and tablet are subject to inspection at any time by courthouse security personnel and may not be used to record official proceedings of the Court. A violation of this Order will constitute contempt of court and may subject the violator to severe sanctions.

**DONE** and **ORDERED** in Tampa, Florida this 7th day of February 2024.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**Copies:**
Counsel of record
CSO- front entrance