**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff,*

v.                                                   Case No. 8:23-cv-701-SDM-MRM

CALEB HUNTER FREESTONE, ET AL.,

    *Defendants.*

_____/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

      The undersigned is admitted and authorized to practice in this Court and files this Notice of Appearance of Counsel on behalf of Plaintiff the Florida Attorney General. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served on the undersigned.

Respectfully submitted.

Ashley Moody
ATTORNEY GENERAL

*/s/ Emily J. Witthoeft*
Emily J. Witthoeft
Florida Bar No. 1039542
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Complex Litigation Bureau
The Capitol, PL-01
Tallahassee, Florida, 32399-1050
P: (850) 414-3669
F: (850) 488-4872
emily.witthoeft@myfloridalegal.com

*Counsel for the Attorney General*

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 9th day of February, 2024.

                                                                 */s/ Emily J. Witthoeft*
                                                                 Emily J. Witthoeft