UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,

     Plaintiff,

v.

CALEB HUNTER FREESTONE,
*et al.*,

     Defendants.

Case No. 8:23-cv-701-SDM-MRM

## DEFENDANTS' NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Defendants Caleb Freestone, Amber Smith-Stewart, Gabriela Oropesa and Annarella Rivera, through their counsel, respectfully notify the Court that the parties have reached an agreement in principle to settle this case.

Counsel respectfully request that the Court vacate all pending deadlines and administratively close this case for a period of 120 days while the parties finalize their settlement papers and complete all conditions of settlement. This notice is being filed with the approval of counsel for Plaintiff Ashley Moody, Attorney General of Florida.

Dated: February 15, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023
**Lead Counsel for Caleb Freestone*

*/s/ Marianne Dugan*
Marianne Dugan* (admitted *pro hac vice*)
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St., Ste. 300
Eugene, Oregon 97401
Tel. (541) 687-9180
mdugan@cldc.org
**Lead Counsel for Amber Smith-Stewart*

*/s/ Andrea Costello*
Andrea Costello* (FBN 0532991)
FLORIDA LEGAL SERVICES
P.O. Box 533986
Orlando, Florida 32853
Tel. (407) 801-0332
andrea@floridalegal.org
**Lead Counsel for Annarella Rivera*

*/s/ Miriam Haskell*
Miriam Haskell* (FBN 069033)
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
Tel. (305) 907-7697
miriam@communityjusticeproject.com
carrie@communityjusticeproject.com
**Lead Counsel for Gabriella Oropesa*

2