UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO. | (see below) | DATE: | February 12, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **8:23-cv-00701-SDM-AAS** **Attorney General v. Freestone et al** AND **8:23-cv-00705-KKM-AAS** **Heartbeat of Miami, Inc. v. Jane's Revenge et al** | | James Percival & Natalie Christmas (FOR AG) Jason Gonzalez, Amber Nunnally, Caroline Poor, David Hacker, Jeffrey Mateer, Jeremiah Dys, Lea Patterson, Paul Huck, Robert Minchin, Ryan Gardner, Taylor Greene (for pltf Heartbeat of Miami) James Slater (for deft Freestone) Marianne Dugan & Lauren Regan (for deft Smith-Stewart) Faudlin Pierre, Carrie Feit, Miriam Haskell (for deft Oropesa) Andrea Costello (for deft Rivera) | |
| | | **DEPUTY CLERK: Lynne Vito** | |
| **COURT REPORTER:** none | | **COURTROOM:** | 10A |
| **TIME:** 9:30 to 6:00    **TOTAL: 8.5** Hours | | | |

**PROCEEDINGS:**   SETTLEMENT CONFERENCE

Parties have reached a settlement.