# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case No. 8:23-cv-701-SDM-AAS

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

_____

## UNOPPOSED MOTION TO EXTEND TIME
## TO SUBMIT A STIPULATED FORM OF FINAL ORDER

On February 15, 2024, Defendants notified this Court that the parties had reached an agreement to settle this case. Doc. 61. On February 20, 2024, this Court dismissed the action subject to the right of any party to submit a stipulated form of final order within 120 days. Doc. 62. On June 20, 2024, at the parties' request, the Court granted an additional 21 days to propose a stipulated form of final order. Doc. 64. That 21-day deadline runs on July 11, 2024.

Although the parties were initially unable to fulfill the settlement as planned, they worked diligently and have reached a new settlement agreement. The parties respectfully request that this Court extend the

1

deadline to submit a stipulated form of final judgment until July 18, 2024, so that they may finalize their request for this Court to enter a stipulated form of final order.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s James Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
SENIOR COUNSELOR

Emily J. Witthoeft (FBN 1039542)
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.Percival@myfloridalegal.com

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

I certify that I have conferred with opposing counsel regarding this motion and no party objects to this motion.

*/s James Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.Percival@myfloridalegal.com
