UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701-SDM-AAS

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

## [PROPOSED] ORDER

Before the Court is Plaintiff's unopposed motion for Permanent Injunction, Final Judgment in Part, and to Stay Proceedings in Part, Doc. [x]. The motion is **GRANTED.**

All four Defendants, Caleb Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa, are permanently **ENJOINED** from getting within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Heartbeat of Miami.

The Court enters **FINAL JUDGMENT** against Defendant Oropesa for $13,000. Defendant Oropesa will pay $1,000 to each of the three facilities (South Broward Pregnancy Help Center, Life Choice Pregnancy Center, and Heartbeat of Miami) for a total of $3,000. Because Plaintiff sues *parens patriae* on behalf of these facilities, *see* 18 U.S.C. § 248(c)(3)(A), the payment should be made directly to the facilities. Defendant Oropesa will pay a $10,000 civil penalty directly to Plaintiff.

This case is **STAYED** as to Defendants Freestone, Smith-Stewart, and Rivera because, pursuant to the parties' settlement agreement, a final damages award cannot be determined until the court sentences these Defendants in the related criminal case (No. 8:23-cr-25-VMC-AEP) and determines whether to order restitution. *See* Doc. [x] [Plaintiff's unopposed motion]. Within 7 days of sentencing, each Defendant shall file a notice with the Court. The parties shall meet and confer and submit a proposed order no later than 14 days of the last of these three Defendants being sentenced.

ORDERED in Tampa, Florida on _____, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE