UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ATTORNEY GENERAL,

    Plaintiff,

v.                                                CASE NO. 8:23-cv-701-SDM-AAS

CALEB HUNTER FREESTONE,
et. al.,

    Defendants.
_____/

## ORDER

An earlier order (Doc. 62) dismisses the action subject to the right of any party to submit a stipulated form of final order. The plaintiff moves (Doc. 68) unopposed for the entry of a "permanent injunction, final judgment in part, and to stay proceedings in part." The parties agree to judgment against Caleb Freestone, to judgment against Amber Smith-Stewart, and to judgment against Annarella Rivera for an amount contingent on the amount, if any, of restitution that the judge in the related criminal action will decide at an unspecified time. The motion requests, among other things, "an order staying the case . . . until an amount of restitution has been determined." The motion is **GRANTED-IN-PART**. The deadline to submit a stipulated form of final order is **STAYED** pending the determination of restitution in the related criminal action. No later than seven days after the determination of

restitution for Freestone, Smith-Stewart, and Rivera, the parties must file a stipulated form of final judgment.

ORDERED in Tampa, Florida, on July 23, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE