# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No. 8:23-cv-701-SDM-AAS

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

## MOTION TO EXTEND TIME TO FILE STIPULATED FORM OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Plaintiff, Attorney General Ashley Moody, respectfully moves for an extension of time for the parties to file their stipulated form of final judgment no later than Monday, January 20, 2025.

Although this Court ordered the parties to file a stipulated form of final judgment "[n]o later than seven days after the determination of restitution" for Defendants Caleb Freestone, Amber Marie Smith-Stewart, and Annarella Rivera, see Dkt. 69, Plaintiff learned late last night, on December 26, 2024, that the Court in the related criminal matter, Case No. 8:23-cr-25-VMC-AEP, entered an order accepting a joint restitution stipulation for those Defendants

on November 14, 2024. Plaintiff learned about the restitution order when counsel for Heartbeat of Miami, the Plaintiff in a related civil matter, was examining the criminal case docket for information related to the recent conviction of Defendant Gabriella Oropesa.

Based on previous negotiations between the parties, Plaintiff expected that Defendants would notify Plaintiff or the Court upon the entry of an order for restitution in the criminal case. *See* Dkt. 68-1 (joint proposed order agreeing that Defendants would file a notice with Court within seven days of sentencing). Plaintiff does not receive service in the related criminal case and would only learn of any developments by checking the docket or notification from Defendants. Defendants did not inform Plaintiff of the order accepting the joint restitution stipulation when the Court entered it.

Plaintiff respectfully submits that "good cause" exists to grant an extension of time because Plaintiff's failure to file a stipulated form of final judgment within seven days of November 14, 2024, was due to "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B); *see, e.g., Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) ("The reason for the delayed filing was a failure in communication between the associate attorney and the lead counsel. . . . On balance, . . . the neglect of Cheney's counsel was "excusable."); *Santillana v. Fla. State Ct. Sys.*, No. 609-cv-2095-ORL-19KRS, 2010 WL 1532337, at *2–3 (M.D. Fla. Apr. 16, 2010) ("The delay was also caused by

2

Plaintiff's counsel incorrectly assuming that he would receive notice by mail when this Court accepted jurisdiction of this case. . . . Plaintiff's failure to timely file an Amended Complaint constitutes excusable neglect."). Plaintiff's neglect was due only to a misplaced understanding of Defendants' responsibilities and not due to a lack of diligence in pursuing this matter.

No prejudice will result from an extension of time to enter a stipulated form of final judgment. The parties have already negotiated a settlement agreement, and the stipulated form of final judgment merely executes that agreement. Plaintiffs have acted diligently by immediately informing the Court as soon as it learned about the restitution order, and declining to extend the deadline would severely prejudice Plaintiff by preventing entry of a final judgment against the Defendants in this case. Therefore, Plaintiff respectfully requests that the Court grant an extension of time for the parties to enter a stipulated final judgment in this case no later than Monday, January 20, 2025.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
SENIOR COUNSELOR

*/s Christine Pratt*
Christine Pratt (FBN 100351)
COUNSELOR

Emily J. Witthoeft (FBN 1039542)
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.Pratt@myfloridalegal.com

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff conferred by email with opposing counsel on December 26 and 27, 2024. Counsel for Plaintiff first emailed counsel for Defendants on December 26 after learning of the restitution order and emailed a second time on December 27 to seek Defendants' position on this motion. Counsel for Defendants informed counsel for Plaintiff that, due to the holidays, they would be unable to provide Defendants' position on the motion until after the new year. Plaintiff will continue attempt to resolve the motion once counsel for Defendants is available.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on December 27, 2024, to all counsel of record.

*/s Christine Pratt*
Christine Pratt (FBN 100351)
COUNSELOR
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.Pratt@myfloridalegal.com
