UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701-SDM-AAS

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

———————————————

## JOINT NOTICE OF FILING
## STIPULATED FORM OF FINAL JUDGMENT

Pursuant to the Court's July 23, 2024 order, Plaintiff Attorney General Ashley Moody and Defendants Caleb Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Oropesa hereby stipulate to the entry of final judgment based on the parties' agreed terms of settlement, which are memorialized in Plaintiff's Unopposed Motion for Permanent Injunction, Final Judgment in Part, and to Stay Proceedings in Part. *See* Doc. 68. The parties submit this stipulated form of final judgment along with a proposed order, which will effectuate the settlement agreement entered into by all parties.

Defendants Freestone, Smith-Stewart, and Rivera have agreed with Plaintiff to the following:

1. The entry of a permanent injunction prohibiting Defendants Freestone, Smith-Stewart, and Rivera from coming within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Heartbeat of Miami.

2. The entry of judgment for $1,100.00 jointly and severally which is the amount of restitution the Court ordered Defendants Freestone, Smith-Stewart, and Rivera to pay Heartbeat of Miami and Respect Life of Hollywood in the related criminal case (No. 8:23-cr-25-VMC-AEP at Doc. 307). Defendants' payment of the restitution order in the criminal matter satisfies the judgment in this action.

3. Defendants Freestone, Smith-Stewart, Rivera, and Plaintiff agree to mutual releases of any claims they may have against any opposing party arising from the same transaction or occurrence as the claims in the operative complaint. Doc. 9.

4. Each party shall bear their respective fees and costs.

5. Defendants Freestone, Smith-Stewart, and Rivera each agreed to state an apology on the record during their respective sentencing hearings based upon the following as applicable to their individual circumstances:

> Two years ago, I was upset with the Supreme Court's decision in Dobbs. I decided to express my frustration in the wrong way. On the night of July 3, 2022, I walked to the back of the Heartbeat of Miami center in Hialeah and spray-painted the wall with phrases attributed to "Jane's Revenge."
>
> Months later, on September 17, 2022, I went to the Heartbeat's annual fundraising gala, and, in the middle of the program, I leafletted the crowd and supporters of Heartbeat of Miami.
>
> I also visited the South Broward Pregnancy Help Center in Hollywood, and the Life Choice Pregnancy Center in Winter Haven and spray painted those facilities with phrases attributed to "Jane's Revenge."
>
> I want to apologize to the Heartbeat of Miami, the South Broward Pregnancy Help Center, and the Life Choice Pregnancy Center, their leadership, their staff, and the patients they see every day.
>
> I am sorry. Please accept my apology to you, your staff, and the people you serve.

Defendants Freestone, Smith-Stewart, and Rivera, each completed this term of the agreement.

Defendant Oropesa has agreed with Plaintiff to the following:

1. The entry of a permanent injunction prohibiting Defendant Oropesa from getting within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Heartbeat of Miami.

2. The entry of judgment for $13,000. Defendant Oropesa will pay $1,000 to each of the three facilities for a total of $3,000. She will also pay the Plaintiff a $10,000 civil penalty.

3. The parties agree to mutual general releases of any claims they may have against any opposing party arising from the same transaction or occurrence as the claims in the operative complaint. Doc. 9.

4. Each party shall bear their respective fees and costs.

5. If Defendant Oropesa is found guilty or enters a subsequent guilty plea in the related criminal case, Defendant Oropesa agrees to send a letter of apology to each facility similar to the apology the other three Defendants made at their sentencing hearing within 30 days of her sentencing.

6. Accordingly, Plaintiff respectfully requests that this Court enter the accompanying proposed order, which will (1) enter an injunction against all Defendants as specified above; (2) enter final judgment against Defendant Oropesa for $13,000; and (3) enter final judgment against Defendants

Freestone, Smith-Stewart, and Rivera for a restitution amount of $1,100 jointly and severally, which is the amount of restitution the Court ordered Defendants Freestone, Smith-Stewart, and Rivera to pay Heartbeat of Miami and Respect Life of Hollywood in the related criminal case (No. 8:23-cr-25-VMC-AEP at Doc. 307); Defendants' payment of the restitution order in the criminal matter satisfies the judgment in this action.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
SENIOR COUNSELOR

*/s Christine Pratt*
Christine Pratt (FBN 100351)
COUNSELOR

Emily J. Witthoeft (FBN 1039542)
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

5

            Christine.Pratt@myfloridalegal.com

          *Attorneys for Plaintiff*

By: */s/ Marianne Dugan*
   Marianne Dugan, *pro hac vice*
   Oregon State Bar # 932563
   Lauren Regan, *pro hac vice*
   Oregon State Bar # 970878
   Civil Liberties Defense Center
   1711 Willamette St., Suite 301 #359
   Eugene, OR 97401
   (541) 687-9180
   mdugan@cldc.org
   lregan@cldc.org
   *Attorneys for Defendant Amber Smith-Stewart*


By: */s/ Andrea Costello*
   Andrea Costello
   Fla. Bar No. 0532991
   Florida Legal Services
   P.O. Box 533986
   Orlando, FL 32853
   Telephone: (407) 801-0332 (direct)
   Fax: (407) 505-7327
   andrea@floridalegal.org
   *Attorneys for Defendant Annarella Rivera*


By: */s/ James M. Slater*
   James M. Slater
   Fla. Bar No. 111779
   113 S. Monroe Street
   Tallahassee, FL 32301
   Tel. (305) 523-9023
   james@slater.legal
   *Attorneys for Defendant Caleb Freestone*

By: /s/ *Miriam Haskell*
    Miriam Haskell
    Fla. Bar No. 069033
    Carrie Joanna Feit
    Fla. Bar No. 470066
    Community Justice Project
    3000 Biscayne Blvd., Suite 106
    Miami, Florida 33137
    Telephone: (305) 907-7697
    miriam@communityjusticeproject.com
    carrie@communityjusticeproject.com
    *Attorneys for Defendant Gabriella Oropesa*