UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:23-cv-701-SDM-AAS

ASHLEY MOODY, on behalf of the
People of the State of Florida,

    *Plaintiff*,

    v.

CALEB HUNTER FREESTONE,
et al.,

    *Defendants*.

## [PROPOSED] ORDER

Before the Court is Plaintiff's unopposed motion for Permanent Injunction and Final Judgment, Doc. 68. The motion is **GRANTED.**

All four Defendants, Caleb Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa, are permanently **ENJOINED** from coming within 100 feet of the facilities that Plaintiff alleges were victimized in this case: South Broward Pregnancy Help Center in Hollywood, Florida; the Life Choice Pregnancy Center in Winter Haven, Florida; and any of the five facilities owned by Heartbeat of Miami.

The parties agree to mutual general releases of any claims they may have against any opposing party arising from the same transaction or occurrence as the claims in the operative complaint. Doc. 9.

Each party shall bear their respective fees and costs.

The Court enters **FINAL JUDGMENT** against Defendant Oropesa for $13,000. Defendant Oropesa will pay $1,000 to each of the three facilities (South Broward Pregnancy Help Center, Life Choice Pregnancy Center, and Heartbeat of Miami) for a total of $3,000. Because Plaintiff sues *parens patriae* on behalf of these facilities, *see* 18 U.S.C. § 248(c)(3)(A), the payment should be made directly to the facilities. Defendant Oropesa will pay a $10,000 civil penalty directly to Plaintiff. Defendant Oropesa will also, within 30 days of sentencing in her related criminal case, send a letter of apology to each facility similar to the apology the other three Defendants made at their sentencing hearing.

The Court enters **FINAL JUDGMENT** against Defendants Freestone, Smith-Stewart, and Rivera for a restitution amount of $1,100.00 jointly and severally, which is the amount of restitution the Court ordered Defendants Freestone, Smith-Stewart, and Rivera to pay Heartbeat of Miami and Respect Life of Hollywood in the related criminal case. (No. 8:23-cr-25-VMC-AEP at Doc. 307). Defendants' payment of the restitution order in the criminal matter satisfies the judgment in this action.

ORDERED in Tampa, Florida on _____, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE