UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY MOODY,

    Plaintiff,

v.                                                CASE NO. 8:23-cv-701-SDM-AAS

CALEB HUNTER FREESTONE,
et. al.,

    Defendants.
_____/

## ORDER

The parties submit (Doc. 72) a stipulated form of final order and request both a money judgment and a permanent injunction. A stipulated judgment warrants judicial approval if the agreement is constitutional, lawful, reasonable, and consistent with public policy. *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1240 (11th Cir. 1997). The requested "permanent" injunction contains no explicit term of duration. Generally, an injunction should not endure perpetually. In the circumstances, a ten-year duration for the injunction appears reasonable. Otherwise, the permanent injunction complies with Rule 65, Federal Rules of Civil Procedure, and the stipulated judgment contains only lawful, reasonable terms.

The motion (Doc. 72) is **GRANTED**. The clerk must enter a **JUDGMENT** for the plaintiff and against Gabriella Victoria Oropesa for $13,000. The clerk must enter a **JUDGMENT** for the plaintiff and against Caleb Freestone, Amber Marie

Smith-Stewart, and Annarella Rivera, jointly and severally, for $1,100. The payment of restitution in accord with the order in the related criminal matter (8:23-cr-25-VMC-AEP) satisfies the judgment against Freestone, Smith-Stewart, and Rivera.

Oropesa, Freestone, Smith-Stewart, and Rivera are **ENJOINED** for ten years from coming within 100 feet of (1) the South Broward Pregnancy Help Center in Hollywood, Florida; (2) the Life Choice Pregnancy Center in Winter Haven, Florida; or (3) any of the five facilities owned by Heartbeat of Miami. Also, within 30 days after her sentencing in the related criminal matter (8:23-cr-25-VMC-AEP) Oropesa must send to each facility identified above a letter containing an apology similar to each defendant's apology offered respectively during each defendant's sentencing hearing in the related criminal matter.

ORDERED in Tampa, Florida, on January 22, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE